FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 FEB -2 AM 11:42
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV515-022 |
| ) | |
| $39,851.62 IN U.S. CURRENCY, ) | UNDER SEAL |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the United States' Motion to Unseal Case and Dismiss. In the motion, the Government requests that this case be unsealed and the Verified Amended Complaint for Forfeiture *in Rem* be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because no party claiming an interest in the Defendant Property has filed either an answer or a motion for summary judgment, the Government's request is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is DIRECTED to UNSEAL and CLOSE this case.

SO ORDERED this ___ day of _____ 20___.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA